```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF FLORIDA
                         TALLAHASSEE DIVISION
```

IN RE:                                           CASE NO. 06-40515-TLH4
                                                 CHAPTER 13
KATHRYN ROWAN MORRISON


_____Debtor(s)_____/

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

   1. The Trustee has issued check(s) FOR: CHEVRON CREDIT BANK, N.A. which remains outstanding and uncleared.

   2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

   3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

   **WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 379799 in the amount of 18.09 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

                    /s/Leigh D. Hart or
                    /s/William J. Miller, Jr.
                      OFFICE OF THE CHAPTER 13 TRUSTEE
                      POST OFFICE BOX 646
                      TALLAHASSEE, FL 32302
                      ldhecf@earthlink.net
                      (850) 681-2734 "Telephone"
                      (850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

KATHRYN ROWAN MORRISON     CHEVRON CREDIT BANK, N.A.
4332 AMBER VALLEY DRIVE      2001 DIAMOND BLVD.
TALLAHASSEE, FL 32312        P.O. BOX 5010, SECT. 230
                                CONCORD, CA 94524-0010
AND

KATHRYN A. HATHAWAY, ESQUIRE
HATHAWAY LAW FIRM
P.O. BOX 3005
TALLAHASSEE, FL 32315

on the same date as reflected on the Court's docket as the electronic filing date for this document.

                    /s/Leigh D. Hart or
                    /s/William J. Miller, Jr.
10/30/2009 11:57 am / CR_213   OFFICE OF CHAPTER 13 TRUSTEE